MICHAEL B. HORROW (SBN 162917)
Email: mhorrow@donahuehorrow.com
NICHOLE D. PODGURSKI (SBN 251240)
Email: npodgurski@donahuehorrow.com
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

Attorneys for Plaintiff,
ESTATE OF DAVID MAURICE, JR. and
STACY MAURICE, an individual

**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID MAURICE, JR. and STACY MAURICE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; SOUTHERN CALIFORNIA EDISON COMPANY EMPLOYEE BENEFIT PLAN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-02610-CAS(SPx)<br><br>[~~PROPOSED~~] JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiffs Estate of David Maurice, Jr. and Stacy Maurice and against Defendant Life Insurance Company of North America ("LINA"). The Court finds that the below-knee amputation of Mr. Maurice's left leg is a covered loss under LINA's Voluntary and Basic Accidental Death and Dismemberment ("AD&D") policies in the sum of $101,000. As such, the Court overturns LINA's denial of Ms. Maurice's claim for AD&D benefits.

\\\

LINA is ordered to pay the AD&D benefit to Plaintiffs in the amount of $101,000. LINA shall pay prejudgment interest on the benefit owed at a rate of 2.32%, computed daily and compounded annually. In addition, LINA shall pay post-judgment interest at the legal rate on any back benefits which remain unpaid as of the date of this Judgment.

Plaintiffs may apply to the Court for an award of attorney fees and recovery of costs of action.

DATED: June 15, 2018

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Submitted by:

Donahue & Horrow LLP

By: __/s/ Michael B. Horrow_____
     Michael B. Horrow
     Counsel for Plaintiffs