# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF DAVID MAURICE, JR. and STACY MAURICE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:16-cv-02610 CAS (SPx)<br><br>**JUDGMENT**<br><br>**Honorable Christina A. Snyder** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant Life Insurance Company of North America and against Plaintiffs Estate of David Maurice, Jr. and Stacy Maurice. Each party shall bear their own attorneys' fees and costs.

Dated: January 4, 2021

Honorable Christina A. Snyder
United States District Judge

- 1 -

JUDGMENT